|   |   |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAMELA J. LADD, | |
| Plaintiff(s), | 2:13-cv-02319-RCJ-NJK |
| v. | |
| KELLY SERVICES, INC., | **REPORT & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| Defendant(s). | |

Plaintiff Pamela J. Ladd is proceeding in this action *pro se*. Because the Court granted Plaintiff's request to proceed *in forma pauperis,* the Court screened the complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 3. The Court found that Plaintiff's complaint was deficient because Plaintiff failed to state a claim for which relief could be granted. *Id.* at 3-5. The Court granted Plaintiff leave to amend her complaint, requiring that an amended complaint be filed no later than January 28, 2014. *Id.* at 5. The Court indicated that "[f]ailure to comply with this Order will result in the recommended dismissal of this case, without prejudice." *Id*. On January 30, 2014, Plaintiff filed a motion to extend that deadline. Docket No. 5. Also on January 30, 2014, the Court granted that motion and ordered that the amended complaint be filed no later than February 20, 2014. Docket No. 6. The Court indicated that "[n]o further extensions will be granted." *Id.*

To date, the Court has not received an amended complaint or an additional motion to extend the deadline for filing one.

Accordingly, **IT IS THE RECOMMENDATION** of the undersigned United States Magistrate Judge that this case be **DISMISSED** without prejudice.

### NOTICE

Pursuant to Local Rule IB 3-2 **any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within 14 days of service of this document.** The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: February 27, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge