# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA J. LADD,<br><br>            Plaintiff,<br>    v.<br><br>KELLY SERVICES, INC.,<br><br>            Defendant. | CASE NO.: 2:13-CV-02319-RCJ-NJK<br><br>**ORDER** |

Before the Court is the Report and Recommendation (#7) entered on February 27, 2014. Plaintiff filed her Objections to United States Magistrate Judge's Report and Recommendation (#8) on March 17, 2014.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the Magistrate Judge. Fed. R. Civ. P. 72(b). The Court concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

IT IS HEREBY ORDERED that this case is DISMISSED without prejudice. The Clerk of the Court shall close the case.

IT IS SO ORDERED this 3rd day of April, 2014.

                                                ROBERT C. JONES
                                                UNITED STATES DISTRICT JUDGE